IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHNNY EUGENE HARRIS,<br>Petitioner,<br>v.<br><br>GREGORY C. DOZIER,<br>Respondent. | CIVIL ACTION FILE<br>NO. 1:17-CV-2024-TWT |

**ORDER**

This is a pro se habeas corpus action by a state prisoner. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending that the Petition be denied. As set forth in the thorough and well-reasoned Report and Recommendation, the Petitioner procedurally defaulted his conviction for theft by deception and forgery by not raising the issues on direct appeal. Any errors of state law as to his defense of "squatter's rights" may not be grounds for federal habeas corpus relief. The Magistrate Judge properly applied the Strickland test to his claims of ineffective assistance of appellate counsel. There is no merit to the claim that the state courts violated his due process rights by their interpretation of state law. The

Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 30 day of July, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge